

## NUMBER 13-19-00079-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**FRONTERA STAR FOODS, LLC,**
**JUAN MANUEL ALVARADO**
**ERRASTI, AND CLAUDIA ORTIZ,**                                    **Appellants,**

**v.**

**CARL'S JR. QUEEN CREEK, LLC,**                                    **Appellee.**

---

### On appeal from the County Court at Law No. 3
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Justice Perkes**

The appellants' brief in the above cause was due on April 3, 2019. On April 15, 2019, the Clerk of the Court notified appellants that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the

Court's letter, appellants reasonably explained the failure and the appellee was not significantly injured by the appellants' failure to timely file a brief. To date, no response has been received from appellants.

Appellants have failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

GREGORY T. PERKES
Justice

Delivered and filed the
30th day of May, 2019.